

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NOS. 2-08-413-CR
### 2-08-414-CR
### 2-08-415-CR
### 2-08-416-CR

THOMAS CRAIG BUCKBEE                                                APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

------------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Thomas Craig Buckbee attempts to appeal from his convictions for robbery, deadly conduct, and unlawful possession of a firearm. We must dismiss an appeal if the trial court's certification shows that the appellant has no right of appeal.[2] Here, appellant pleaded guilty as part of a plea-bargain

---

[1] *See* Tex. R. App. P. 47.4.

[2] *See* Tex. R. App. P. 25.2(d).

agreement, which the trial court followed, and the trial court certified that appellant has no right to appeal. The record supports the trial court's certification.

We notified appellant by letter that his appeal was subject to dismissal based on the trial court's certification unless he filed a response showing grounds for continuing the appeal. No response has been filed. Accordingly, we dismiss the appeal.[3]

PER CURIAM

PANEL: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 22, 2009

---

[3] *See id.*; Tex. R. App. P. 43.2(f).